Mathew K. Higbee, Esq. SBN 11158
HIGBEE & ASSOCIATES
6787 W. Tropicana Ave Suite 266
Las Vegas, NV 89103
Phone: (714) 617-8385
Fax: (714) 617-8511
Email: consumeradvocacy@higbeeassociates.com

# UNITED STATES DISTRICT COURT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| CHANEL AYALA, | Case No.: 2:27-cv-01813-RFB-GWF |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CAPITAL ONE FINANCIAL CORP., | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff CHANEL AYALA hereby voluntarily dismisses with prejudice the above entitled action against Defendant CAPITAL ONE BANK (USA), N.A. (erroneously named as Capital One Financial Corp. in the Complaint).

The parties, through their undersigned attorneys, have settled this action pursuant to a General Release and Settlement Agreement and stipulate to dismissal.

Dated: August 8, 2017.

LAW FIRM OF HIGBEE & ASSOCIATES

By: */s/ Mathew K. Higbee*
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8385
Fax: (714) 617-8511
ATTORNEYS FOR PLAINTIFF